UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TSHAUN JONES,
    a/k/a "Tshaun Hunter,"

    Defendant.

_____/

Case: 2:21-cr-20435
Judge: Drain, Gershwin A.
MJ: Grand, David R.
Filed: 06-30-2021 At 01:28 PM
INDI USA V. SEALED MATTER (DA)

VIO:
18 U.S.C. §§ 922(g)(1) & 924(e)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 922(g)(1)
*Possession of a Firearm by a Convicted Felon*

On or about May 18, 2021, in the Eastern District of Michigan, the defendant, TSHAUN JONES, a/k/a "Tshaun Hunter," knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Taurus Spectrum 330, .380 caliber semi-automatic firearm, which had previously traveled in and affected interstate commerce; in violation of 18 U.S.C. §§ 922(g)(1), 924(e).

## FORFEITURE ALLEGATIONS
18 U.S.C. § 924(d), 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in Count 1 of this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) together with 28 U.S.C. § 2461.

As a result of the foregoing violation, as charged in Count 1 of this Indictment, the defendant shall forfeit to the United States any firearm or ammunition involved in or used in his knowing violation of 18 U.S.C. §§ 922(g)(1) and 924(e).

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

BENJAMIN C. COATS
Chief, Major Crimes

*s/ Meghan S. Bean*
MEGHAN SWEENEY BEAN
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-0214
meghan.bean@usdoj.gov

Dated: June 30, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cove— | Case: 2:21-cr-20435<br>Judge: Drain, Gershwin A.<br>MJ: Grand, David R.<br>Filed: 06-30-2021 At 01:28 PM<br>INDI USA V. SEALED MATTER (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: MSB |

Case Title: USA v. Tshaun Jones a/k/a Tshaun Hunter

County where offense occurred: Wayne

Check One:    ☒ Felony    ☐ Misdemeanor    ☐ Petty

___ Indictment/ ___ Information --- **no** prior complaint.
✓ Indictment/ ___ Information --- based upon prior complaint [Case number: 21-mj-30294 ]
___ Indictment/ ___ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

Superseding to Case No: _____    Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

June 30, 2021
Date

Meghan Sweeney Bean
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-0214
Fax:  313-226-2372
E-Mail address: Meghan.Bean@usdoj.gov
Attorney Bar #: P80790

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.